# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-cr-00240-5 |
| v. ) | |
| ) | |
| TOMEKA COLEMAN ) | Judge Nixon |

## ORDER

Pending before the Court is Defendant Tomeka Coleman's Motion to be Excused from the Status Conference ("Motion"), in which Defendant's counsel requests permission to be excused from a status conference set for February 24, 2011, due to a scheduling conflict. (Doc. No. 427.) On February 23, 2011, the Court rescheduled the status conference. (Doc. No. 432.) Therefore Defendant's Motion is now **TERMINATED as moot.**

It is so ORDERED.

Entered this the 26th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT