IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-5 |
| v. ) | |
| ) | Judge Nixon |
| TOMEKA COLEMAN ) | |

## ORDER

Pending before the Court is Defendant Tomeka Coleman's Motion to Sever ("Motion"). (Doc. No. 1434.) The Court accepted Ms. Coleman's Petition to Enter a Plea of Guilty on December 16, 2012. (Doc. No. 1672 at 6.) Therefore, Ms. Coleman's Motion (Doc. No. 1434) is **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the 30 day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT