IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:09-cr-00240 |
| v. | ) | |
| | ) | JUDGE NIXON |
| TOMEKA D. COLEMAN | ) | |

### DEFENDANT TOMEKA COLEMAN'S MOTION TO CONTINUE THE SENTENCING HEARING

Defendant Tomeka D. Coleman, by and through undersigned counsel, does hereby move the Court to continue the sentencing hearing which is presently set for **Tuesday, April 12, 2013 at 10:00 a.m.** (Docket Entry No. 1673). For reason, undersigned counsel would show that co-defendant Howard Coleman is scheduled to be sentenced on May 17, 2013. Based on the nature and circumstances of Tomeka Coleman's plea, it would be in her best interest to be sentenced after Mr. Coleman's hearing. Undersigned counsel has discussed this motion with AUSA Sunny Koshy, and he is in agreement. Accordingly, Tomeka Coleman would request her sentencing hearing be scheduled to June 2013.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER   BPR #11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

**ATTORNEY FOR TOMEKA COLEMAN**

*[Handwritten: Granted. Reset for May 31, 2013 at 10:00am. /s/ Judge]*

1