IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:09-cr-00240-5 |
| v. | ) | |
| | ) | Judge Nixon |
| TOMEKA COLEMAN | ) | |

## ORDER

Pending before the Court is Defendant Tomeka Coleman's Second Motion to Continue the Sentencing Hearing. (Doc. No. 2379.) The Sentencing Hearing is hereby **CONTINUED** to **December 2, 2013**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 3rd day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT